# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAMON CAMPBELL,<br><br>                        Petitioner,<br><br>v.<br><br>JEREMY BEAN, et al.,<br><br>                        Respondents. | Case No. 2:25-cv-01490-APG-DJA<br><br>**Scheduling Order** |

On October 2, 2025, I granted Petitioner Damon Campbell's motion for appointment of counsel and provisionally appointed the Federal Public Defender. ECF No. 5. The Federal Public Defender filed a notice of conflict. ECF No. 7. Accordingly, alternate counsel has been located to represent Campbell.

I THEREFORE ORDER that the provisional appointment of the Federal Public Defender is withdrawn.

I FURTHER ORDER that Russell Marsh, Esq. is appointed as counsel for Campbell pursuant to 18 U.S.C. § 3006A(a)(2)(B), *nunc pro tunc*, as of October 10, 2025. Counsel will represent Campbell in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw. Counsel's contact information is as follows:

    Russell Marsh
    Wright Marsh & Levy
    300 S. 4th Street, Suite 701
    Las Vegas, NV 89101
    702-382-4004
    russ@wmllawlv.com

I FURTHER KINDLY ORDER that the Clerk of Court (1) send a copy of this Order to Campbell and the CJA coordinator for this division and (2) electronically provided Mr. Marsh a

copy of this Order and copies of all other items previously filed in this case by regenerating the Notices of Electronic Filing.

I FURTHER ORDER that Mr. Marsh enter a notice of appearance on or before October 24, 2025.

I FURTHER ORDER that Campbell has up to and including January 14, 2026, to file an amended petition and/or seek other appropriate relief. Neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding as to the expiration of the federal limitation period and/or of a basis for tolling during the time period established. Campbell remains responsible for calculating the running of the federal limitation period and timely asserting claims, without regard to any deadlines established or extensions granted herein. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, I make no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

I FURTHER ORDER that respondents file a response to the amended petition, including potentially by motion to dismiss, within 60 days of service of an amended petition and that Campbell may file a reply thereto within 30 days of service of the answer. The response and reply time to any motion filed by either party, including a motion filed in lieu of a pleading, shall be governed instead by Local Rule LR 7-2(b).

I FURTHER ORDER that any procedural defenses raised by respondents to the counseled amended petition shall be raised together in a single consolidated motion to dismiss. In other words, I do not wish to address any procedural defenses raised herein either in seriatum fashion in multiple successive motions to dismiss or embedded in the

answer. Procedural defenses omitted from such motion to dismiss will be subject to potential waiver.

I FURTHER ORDER that, in any answer filed on the merits, respondents shall specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

I FURTHER ORDER that any state court record and related exhibits filed herein by either Campbell or respondents shall be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further shall be identified by the number or numbers of the exhibits in the attachment. If the exhibits filed will span more than one ECF number in the record, the first document under each successive ECF number shall be either another copy of the index, a volume cover page, or some other document serving as a filler, so that each exhibit under the ECF number thereafter will be listed under an attachment number (i.e., attachment 1, 2, etc.).

I FURTHER ORDER that courtesy copies of exhibits shall <u>not</u> be provided.

Dated: October 15, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE