**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMON LAMAR CAMPBELL, | Case No. 2:25-cv-01490-APG-DJA |
| Petitioner, | **EXTENSION ORDER** |
| v. | [ECF No. 13] |
| JEREMY BEAN, | |
| Respondent. | |

Petitioner Damon Lamar Campbell has filed an unopposed motion for a 60-day extension of time to file his counseled amended petition. ECF No. 13.  This is Campbell's second request for an extension of this deadline.  I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 13] is granted.  Campbell has up to and including June 15, 2026, to file his amended petition.

Dated: April 9, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE