**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMON LAMAR CAMPBELL,<br><br>       Petitioner,<br><br>v.<br><br>JEREMY BEAN,<br><br>       Respondent. | Case No. 2:25-cv-01490-APG-DJA<br><br>**EXTENSION ORDER**<br><br>[ECF No. 15] |

Petitioner Damon Lamar Campbell has filed an unopposed motion for a 60-day extension of time to file his counseled amended petition. ECF No. 15. This is Campbell's third request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 15] is granted. Campbell has up to and including August 14, 2026, to file his amended petition.

Dated: June 9, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE