**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAMON LAMAR CAMPBELL,

Petitioner,

v.

JEREMY BEAN,

Respondent.

Case No. 2:25-cv-01490-APG-DJA

**EXTENSION ORDER**

[ECF No. 17]

Petitioner Damon Lamar Campbell has filed an unopposed motion for a 21-day extension of time to file his counseled amended petition. ECF No. 17. This is Campbell's fourth request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 17] is granted. Campbell has up to and including September 4, 2026, to file his amended petition.

Dated: August 18, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE