**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMON LAMAR CAMPBELL,<br>Petitioner,<br>v.<br>JEREMY BEAN,<br>Respondent. | Case No. 2:25-cv-01490-APG-DJA<br>**EXTENSION ORDER**<br>[ECF No. 23] |

Petitioner Damon Lamar Campbell has filed an unopposed motion for a 30-day extension of time to file his counseled amended petition. ECF No. 23. This is Campbell's seventh request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 23] is granted. Campbell has up to and including December 4, 2026, to file his amended petition.

Dated: October 29, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE